**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

DENIS ANTONIO DIAZ BALDIVIA

                     Petitioner,

     v.

BRIAN ACUNA ET AL

                   Respondents.

Case No.: 1:26-cv-01947-AVH-CBW

**JUDGE DONALD E. WALTER**

**MAGISTRATE JUDGE WHITEHURST**

**ORDER**

    **IT IS ORDERED** that the petition for habeas corpus is hereby dismissed in the above described action.

    **THUS DONE AND SIGNED** in Shreveport, Louisiana, this 5th day of August, 2026.

_____
UNITED STATES DISTRICT COURT JUDGE